# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT HOLMES,**  )<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**DEFFENBAUGH INDUSTRIES, INC.,**  )<br>)<br>**Defendant.**  ) | **8:08CV392**<br><br>**ORDER** |

    This matter is before the magistrate judge for full pretrial supervision. Exhibit 2 to the defendant's Notice of Removal (Doc. 1) contains personal identifying information protected by the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899 (codified at 5 U.S.C. §§ 3701-3707 and scattered sections).

    Counsel are reminded that the Local Rules of Practice, and specifically NECivR 5.3(a), require the redaction or modification of minors' names, financial account numbers, Social Security numbers, taxpayer identification numbers, and dates of birth.

    Pursuant to NEGenR 1.3(a),

**IT IS ORDERED:**

    1. Access to Exhibit 2 to the defendant's Notice of Removal [1] shall be restricted to counsel of record and court users. In addition, public access to these documents will not be allowed at terminals in the clerk's office.

    2. Counsel shall comply with the privacy rules set out in the Local Rules of Practice.

**DATED August 29, 2008.**

                                       **BY THE COURT:**

                                       s/ F.A. Gossett<br>
                                       **United States Magistrate Judge**