# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT HOLMES,** | ) | **CASE NO. 8:08CV392** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **DEFFENBAUGH INDUSTRIES, INC.,** | ) | |
| Defendant. | ) | |

Upon receipt of the Mediation Closure Notice (Filing No. 25) indicating that the parties have reached agreement on all issues,

**IT IS ORDERED**:

1. On or before May 8, 2009, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 8th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge